UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER D. BOSCH,

       Plaintiff,                           Case No. 1:07-cv-463

v                                            HON. JANET T. NEFF

JOHN CHURCHILL and LAWRENCE
A. STELMA,

       Defendants.
_____/

## **ORDER**

In accordance with the Bench Opinion issued by the Court on June 27, 2008:

**IT IS HEREBY ORDERED** that defendants' Motion for Summary Judgment (Dkt 49) is **GRANTED** for the reasons stated on the record.

Date: June 27, 2008                                 /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge