UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER D. BOSCH,

       Plaintiff,                           Case No. 1:07-cv-463

v                                            HON. JANET T. NEFF

JOHN CHURCHILL and
LAWRENCE A. STELMA,

       Defendants.
_____/

## **JUDGMENT**

Having rendered a decision in this case:

**IT IS HEREBY ORDERED** that this Court's June 27, 2008 order (Dkt 57) resolves the last pending claim and the action is **TERMINATED**.

Dated:  June 30, 2008                      /s/Janet T. Neff
                                                  JANET T. NEFF
                                                  UNITED STATES DISTRICT JUDGE